# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ALABAMA NORTHERN DIVISION

| | |
|---|---|
| Franklin Alexander, ) | |
| ) | |
| Plaintiff. ) | Civil Action No.: |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| Toray Composite Materials ) | |
| America, Inc. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, Franklin Alexander, ("Plaintiff") by and through his undersigned counsel, and hereby files this Complaint against Toray Composite Materials America, Inc. ("Defendant") and seeks redress for discrimination suffered in Plaintiff's capacity as an employee of the Defendant. Plaintiff has been discriminated against by the Defendant in violation of The Age Discrimination in Employment Act ("ADEA") **29 U.S.C. 621 et seq**., and any other cause(s) of action that can be inferred from the facts set forth herein and states the following:

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to The Age Discrimination in Employment Act 29 U.S.C. 621 et seq..

2. The unlawful employment acts alleged herein took place within the Northern Division of the Northern District of Alabama.

3. Venue is proper in this Court, the United States District Court for the Northern District of Alabama, pursuant to **Title 28, U.S.C. § 1391** and the Local Rules of the United States District Court for the Northern District of Alabama.

## PARTIES

4. Plaintiff Franklin Alexander, a 64-year-old white male, is domiciled in the State of Alabama.

5. At all relevant times the Plaintiff was an "employee" of the Defendant under the ADEA.

6. The Defendant Toray Composite Materials America Inc. is a foreign Corporation licensed to do business in Alabama.

7. At all relevant times, Defendant was an "employer" under the ADEA.

## COMPLIANCE WITH JURISDICTIONAL REQUIREMENTS OF THE ADEA

8. Plaintiff has complied with the jurisdictional requirements of the ADEA that on to wit: that on or about the 6th day of June 2019, Plaintiff caused a charge

of discrimination in employment to be filed with the Equal Employment Opportunity Commission (hereinafter sometimes referred to as the "EEOC") in accordance with the ADEA.

9. A Notification of Right to Sue letter was received, and this Complaint has been filed within ninety (90) days of receipt of said Notification of Right to Sue. A copy of the notice is attached as Exhibit 1.

## **GENERAL FACTS**

10. Plaintiff began working for the Defendant around August of 1998 as a production technician.

11. Plaintiff was a member of the day crew.

12. Plaintiffs direct supervisor was Randy Hurn.

13. Upon beginning his employment with Defendant, the company was still Toray Carbon Fibers.

14. The entity became Toray Composite Materials America, Inc. in 2017 when Toray Carbon Fibers merged with the named Defendant.

15. After this merger Plaintiff began to see older employees, members of a protected age group, being terminated or forced to resign.

16. On or about February 3, 2019 Plaintiff was accused of making a racially inappropriate comment.

17. Plaintiff absolutely denies that he said any inappropriate comment.

18. On or about February 7, 2019 Plaintiff was called into the plant and given the option to be terminated or resign.

19. Plaintiff chose to resign due to the fact that it was threatened that if he chose termination, it would take longer for his benefits paperwork to go through.

20. Therefore, Plaintiff felt he had no choice but to resign.

21. Plaintiff has a good faith belief that the Defendant failed to investigate whether the alleged comment was made.

22. Plaintiff is unaware of any other similarly situated employees that were terminated for a first-time offense such as the one the Plaintiff was terminated for.

## Count I

### VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT 29 U.S.C. 621 ET SEQ.

23. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-22 above, as if fully set out herein.

24. On or about February 3, 2019 Plaintiff was accused of making a racially inappropriate comment.

25. Plaintiff absolutely denies that he said any inappropriate comment.

26. By the time of the alleged comment Plaintiff had achieved approximately 5th in seniority for the whole company and was making over $90,000 per year.

27. Further, upon information and a good faith belief the Defendant hired an employee outside of the protected class to replace the Plaintiff.

28. Further Plaintiff has a good faith belief that the employee hired to replace him was in his twenties.

29. And based on a good faith belief said employee is making far less money than the Plaintiff was at the time of his resignation/termination.

30. Plaintiff believes that the alleged reason for his constructive termination was merely pretextual.

31. Plaintiff believes he was terminated due to the fact that he was one of the oldest employees at the plant and he was making one of the highest salaries.

32. The above referenced facts violate the spirt and content of the ADEA.

33. The effect of the practices complained of above has been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

## PRAYER FOR RELIEF FOR ALL COUNTS

**WHEREFORE,** Plaintiff prays that this Honorable Court will:

A. A declaratory judgment, declaring the Defendant's past practices herein complained of to be unlawful.

B. Order Defendant to institute and carry out policies, practices, and programs providing equal employment opportunities for Plaintiff and other employees and eradicating the effects of its past and present unlawful employment practices.

C. Order the Defendant to make whole the Plaintiff by providing other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices.

D. Order Defendant to make Plaintiff whole by providing compensation for past and future pecuniary and liquidated damages resulting from the unlawful employment practices described above.

E. Grant such further relief as the Court deems necessary and proper.

## **DEMAND FOR JURY TRIAL**

The Plaintiff demands trial by jury.

Respectfully submitted,

/s/ *D. Jeremy Schatz*
D. Jeremy Schatz
ASB-2400-H34Y
*Attorney for Plaintiff*

OF COUNSEL:
The Patton Firm
3720 4th Avenue South
Birmingham, AL 35222
Phone: (205) 933-8953
Fax: (205) 449-4897
jschatz@thepattonfirmal.com

## Defendant served via Waiver of Service of Summons Form 1B:

Toray Composite Materials America Inc.
C/O Andrew Matthews
2030 Hwy 20
Decatur, AL 35601

# Exhibit 1

EEOC Form 161 (11-16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Franklin T. Alexander, Jr.
1488 Neel School Rd
Danville, AL 35619

From: Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2019-02439 | RICHARD W. MUSGRAVE, Investigator | (205) 212-2068 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_____
BRADLEY A. ANDERSON,
District Director

DEC 2 0 2019
(Date Mailed)

cc:
**TORAY COMPOSIT MATERIALS**
c/o: Charles Powell, IV
LITTLER
420 20th Street North, Suite 2300
Birmingham, AL 35203

The Patton Firm
c/o: Jeremy Shatz
3720 4th Ave. South
Birmingham, AL 35222

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2019-02439 |

_____ and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Franklin Alexander | (256) 612-9708 | 2/16/56 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1488 Neel School Rd | Danville, AL 35619 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Toray Composite Materials | 15+ | (256) 206-2600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2030 Hwy 20 | Decatur, AL 35601 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb 7, 2019   Latest:
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Exhibit A.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/31/2019  Franklin Alexander
Date  Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit A

I. My name is Franklin Alexander. I am 63 years old white male and a citizen of The United States.

II. I was hired by Toray Composite Materials in 1998.

III. In early February of 2019, I was accused of making a racially inappropriate comment.

IV. However, I absolutely deny that I said what I was accused.

V. In fact, I have never been written up in the 20 years that I had been employed by the company.

VI. I was told that there would be an investigation done, but I am unsure if one ever actually occurred.

VII. On February 7th, 2019 I was called into the plant and given the option to be terminated or resign.

VIII. I chose to resign due to the fact that I was threatened that if I chose termination, it would take longer for my benefits paperwork to go through.

IX. Therefore, I felt I had no choice but to resign.

X. By the time of the alleged comment I had achieved approximately 5th in seniority for the whole company and was making over $90,000 per year.

XI. I believe the Company used the alleged comment as a pretextual reason to terminate my employment and hire someone younger who made less money in violation of the ADEA.

XII. To the best of my knowledge, the Company hired someone in his 20's and is paid an hourly rate less than what I was making.

XIII. Further, I am unsure if individuals of other races have subject to the same actions due to similar accusations

XIV. I declare under penalty of perjury that the preceding is true and correct to the best of knowledge.

XV. I authorize the EEOC to release the contents of this Charge of Discrimination to the Respondent.

Done this 31 day of MAY 2019.

*Franklin Alexander* (signature)

Franklin Alexander